## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

WACKENHUT SERVICES, INC.,

        Plaintiff,

        v.

UNITED GOVERNMENT SECURITY
OFFICERS OF AMERICA, LOCAL 44,

        Defendants.

Civil Case No. 09-1433 (RJL)

## ORDER

For the reasons set forth in the Memorandum Opinion entered this ___ day of September, 2010, it is hereby

**ORDERED** that the Motion by plaintiff Wackenhut Services, Inc. for Summary Judgment [#11] is **DENIED**; and it is further

**ORDERED** that the Cross-Motion by defendant United Government Security Officers of America, Local 44, for Summary Judgment [#13] is **GRANTED**; and it is further

**ORDERED** that final judgment be entered for the defendant on all counts in the Complaint.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge